UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA       :

    V.                             :      MAG. NO.   10-5042 (TJB)

MITUL PATEL                    :      O R D E R

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this **4TH** day of **NOVEMBER**, 2010,

ORDERED that **LISA J. VAN HOECK** from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant is this cause until further order of the Court.

RECEIVED
NOV 4 - 2010
TONIANNE J. BONGIOVANNI
U.S. MAGISTRATE JUDGE

Tonianne J. Bongiovanni
U.S. Magistrate Judge